# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ROBERT HARRISON, on behalf of himself, the ENVISION MANAGEMENT HOLDING, INC. ESOP, and all other similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>ENVISION MANAGEMENT HOLDING, INC. BOARD OF DIRECTORS, ENVISION MANAGEMENT HOLDING, INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, ARGENT TRUST COMPANY, DARREL CREPS, III, PAUL SHERWOOD, JEFF JONES, AARON RAMSAY, TANWEER KHAN, and JOHN and JANE DOES 1 to 15,<br><br>    Defendants. | Civil Action No. 1:21-cv-00304-RBJ |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendant Argent Trust Company.

DATED February 26, 2021

                                                          */s/ Lars C. Golumbic*
                                                          Lars C. Golumbic
                                                          GROOM LAW GROUP, CHARTERED
                                                           1701 Pennsylvania Avenue, NW
                                                          Suite 1200
                                                          Washington, D.C. 20006
                                                          Tel: (202) 857-0620
                                                          Fax: (202) 659-4503
                                                          Email: LGolumbic@groom.com