IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ROBERT HARRISON, on behalf of himself, the ENVISION MANAGEMENT HOLDING, INC. ESOP, and all other similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>ENVISION MANAGEMENT HOLDING, INC. BOARD OF DIRECTORS, ENVISION MANAGEMENT HOLDING, INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, ARGENT TRUST COMPANY, DARREL CREPS, III, PAUL SHERWOOD, JEFF JONES, AARON RAMSAY, TANWEER KHAN, and JOHN and JANE DOES 1 to 15,<br><br>    Defendants. | Civil Action<br><br>File No.: 1:21-cv-00304-RBJ |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendants Envision Management Holding, Inc. Board of Directors and Envision Management Holding, Inc. Employee Stock Ownership Plan Committee, Darrel Creps, III, Paul Sherwood, Jeff Jones, Aaron Ramsay and Tanweer Khan.

    This 1st day of March, 2021.

                                                     /s/ W. Bard Brockman
                                                     W. Bard Brockman
                                                     BRYAN CAVE LEIGHTON PAISNER LLP

1201 W. Peachtree Street, NW
One Atlantic Center, 14th Floor
Atlanta, Georgia  30309
Telephone:  (404) 572-6600
Facsimile:  (404) 572-6999
Email: bard.brockman@bclplaw.com

*Counsel for Defendants Envision Management Holding, Inc. Board of Directors, and Envision Management Holding, Inc. Employee Stock Ownership Plan Committee, Darrel Creps, III, Paul Sherwood, Jeff Jones, Aaron Ramsay and Tanweer Khan*