**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-00304

ROBERT HARRISON, on behalf of himself, the ENVISION MANAGEMENT HOLDING, INC. ESOP, and all other similarly situated individuals,

    Plaintiff,

v.

ENVISION MANAGEMENT HOLDING, INC. BOARD OF DIRECTORS, et al.,

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Robert Harrison

    DATED at Washington, DC this 28th day of September, 2021

    Ryan Wheeler
Name of Attorney

    Cohen Milstein Sellers & Toll, PLLC
Firm Name

    1100 New York Ave. NW, 5th Floor
Office Address

    Washington, DC 20001
City, State, ZIP Code

    (202) 408-4600
Telephone Number

    rwheeler@cohenmilstein.com
Primary CM/ECF E-mail Address

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2021, a correct copy of the foregoing was sent to all counsel via CM/ECF.

<u>s/    Ryan Wheeler</u>