**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**Civil Action No. 1:21-cv-304-RMR**

Robert Harrison, on behalf of himself,
the ENVISION MANAGEMENT HOLDING,
INC. ESOP, and all others similarly situated,

    Plaintiffs,

v.

ENVISION MANAGEMENT HOLDING, INC.
BOARD OF DIRECTORS, et al.,

    Defendants.

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to D.C.COLO.LAttyR 5(b), undersigned counsel, Randall H. Miller, hereby respectfully requests the Court permit his withdrawal as attorney of record in this matter for Defendants Envision Management Holding, Inc. Board of Directors; Envision Management Holding, Inc. Employee Stock Ownership Plan Committee; Darrel Creps III; Paul Sherwood; Jeff Jones; Aaron Ramsay; and Tanweer Khan, (collectively, "Defendants"), and, as grounds therefore, states as follows:

1. Good cause exists to allow this withdrawal, because the Defendants are represented by three other lawyers from my firm, Bryan Cave Leighton Paisner LLP, and my participation is not necessary.

2. I have complied with all outstanding orders of this Court. A copy of this Motion is being served on all counsel of record.

3.      Bard Brockman, Barbara Smith, and Michael J. Hofmann have entered their appearances in this matter, and will continue to represent Defendants.

4.      Pursuant to D.C.COLO.LAttyR 5(b), a copy of this motion will be served on the Defendants.

WHEREFORE, undersigned counsel, Randall H. Miller, hereby respectfully requests the Court permit his withdrawal as attorney of record in this matter for Defendants.

Respectfully submitted this 11th day of February, 2022.

*s/ Randall H. Miller*
Randall H. Miller, # 33694
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
E-mail: randy.milller@bclplaw.com

*Attorneys for Defendants Envision Management Holding, Inc. Board of Directors; Envision Management Holding, Inc. Employee Stock Ownership Plan Committee; Darrel Creps III, Paul Sherwood, Jeff Jones, Aaron Ramsay, and Tanweer Khan*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 11th day of February, 2022, a true and correct copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** was served on all counsel of record:

Mary J. Bortscheller
Ryan A. Wheeler
Michelle C. Yau
Joseph Marc Sellers
Cohen Milstein Sellers & Toll
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005

*Counsel for Plaintiff*

Barbara A. Smith
Bryan Cave Leighton Paisner LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102

William Bard Brockman
Bryan Cave Leighton Paisner LLP-Atlanta
1201 West Peachtree Street, N.W.
One Atlantic Center, 14th Floor
Atlanta, GA 30309-3488

Michael J. Hofmann
Bryan Cave Leighton Paisner LLP-Denver
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541

*Counsel for Defendants Envision Board of Directors, Envision ESOP Plan Committee, Darrel Creps III, Paul Sherwood, Jeff Jones, Aaron Ramsay, and Tanweer Khan*

William Delany
Paul Rinefierd
Lars C. Golumbic
Groom Law Group
1701 Pennsylvania Ave., NW
Suite 1200
Washington, DC 20006

*Counsel for Defendant Argent Trust Company*

The undersigned also certifies that a copy of this motion will be served on the Defendants.

*/s/ Amber Bustos*
Amber Bustos