IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 21-cv-00304-CNS-MDB | Date: May 16, 2023 |
| Courtroom Deputy: E. Lopez Vaughan | FTR: Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| Robert Harrison | Caroline Bressman |
| | Michelle Yau |
| Plaintiff, | |
| v. | |
| Envision Management Holding, Inc., Board of Directors et al | William Delaney |
| | William Brockman |
| Defendant. | Paul Rinefierd |

**COURTROOM MINUTES**

**STATUS CONFERENCE**

**10:36 a.m.     Court in session.**

Court calls case. Appearances of counsel.

The parties supplement their respective positions as outlined in the Joint Status Report (ECF No. 78) At issue is whether the stay should be lifted given Defendants' pending petition for writ of certiorari to the U.S. Supreme Court. Defendants believe the stay should remain in place pending resolution of the petition, while Plaintiff believes the stay should be lifted.

If the Court is inclined to lift the stay, the parties would request the Court consider imposing that the discovery be limited to written documentation pursuant to the compromise they've agreed to. It is

**ORDERED**:   The Stay is LIFTED. Discovery is limited pursuant to the parties' agreement for document exchange with the following deadlines which account for the 3 month time frame anticipated for a decision on the petition for writ of certiorari. The parties are cautioned to be diligent in meeting the following deadlines, as the Court will not be inclined to grant extensions absent extraordinary circumstances:

1. Initial disclosures shall be made on or before June 19, 2023, including the documents referenced on page 6 of the Joint Status Report.
2. Responsive pleading shall be filed on or before June 19, 2023.
3. Written discovery begins on August 16, 2023.
4. Fact discovery cutoff is April 3, 2024.
5. Affirmative expert disclosure deadline is June 24, 2024.
6. Rebuttal expert disclosure deadline is August 24, 2024.
7. Expert discovery cutoff is October 14, 2024.
8. Dispositive/702 motions deadline is November 19, 2024.

Hearing concluded.

**11:10 a.m.     Court in recess.**

Total in-court time    00:34

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.