**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Charlotte N. Sweeney**

Case No. 21-cv-00304-CNS-MDB Date September 24, 2026

Case Title Harrison v. Envision Management Holding, Inc. Board of Directors

**PLAINTIFFS' FINAL WITNESS LIST**

| WITNESS & DATE (MAY / WILL)[1] | PROPOSED LENGTH OF TESTIMONY[2] | | |
|---|---|---|---|
| | Direct: | Cross: | Total: |
| Grace Heath (Will Call) | 0.5 hr | | |
| Robert Harrison (May Call) | 0.5 hr | | |
| David Williams (Will Call) | 2.5 hr | | |
| John O'Brien (Will Call) | 3.5 hr | | |
| Aaron Ramsay (Will Call) | 3.5 hr | | |
| Jeff Jones (Will Call) | 4 hr | | |
| Darrel Creps (Will Call) | 3.0 hr | | |
| Tanweer Khan (Will Call) | 1.5 hr | | |
| Mark Shorthouse (Will Call) | 2.5 hr | | |
| Nicole Jones (Will Call) | 1 hr | | |
| Marc Brown (Will Call) | 4.5 hr | | |
| Gregory Dotson (Will Call) | 1 hr | | |
| Samuel Halpern (Will Call) | 3.5 hr | | |
| Lee Vogel (May Call) | 0.5 hr | | |

[1] Plaintiffs plan to call the following individuals live at trial (unless otherwise indicated), including witnesses Defendants have represented will attend trial. However, if that changes, Plaintiffs reserve the right to submit deposition designations for those witnesses.

[2] Plaintiffs included proposed witness time with the understanding that Plaintiffs will be sharing trial time equally with Defendants (i.e., Plaintiffs will have 50% of the time to present their case and Defendants will have 50% of the time to present their cases).

| | | | | | | |
|---|---|---|---|---|---|---|
| Rimas Grybauskas (Deposition Designation) | Direct: | ______ | Cross: | ______ | Total: | ______ |
| Robert Hartoin (Deposition Designation) | Direct: | ______ | Cross: | ______ | Total: | ______ |
| Alex Mazza (Deposition Designation) | Direct: | ______ | Cross: | ______ | Total: | ______ |
| Charles Wilhoite (Deposition Designation) | Direct: | ______ | Cross: | ______ | Total: | ______ |
| Ryan Raschke (Deposition Designation) | Direct: | ______ | Cross: | ______ | Total: | ______ |
| George Thacker (two Affidavits) | Direct: | ______ | Cross: | ______ | Total: | ______ |

Dated: September 24, 2026

Respectfully submitted,

/s/ *Michelle C. Yau*

Michelle C. Yau
Daniel R. Sutter
Caroline E. Bressman
Elizabeth M. McDermott
**COHEN MILSTEIN SELLERS & TOLL LLP**
1100 New York Ave. NW
Suite 800
Washington, DC 20005
(202) 408-4600
myau@cohenmilstein.com
dsutter@cohenmilstein.com
cbressman@cohenmilstein.com
emcdermott@cohenmilstein.com

Ryan A. Wheeler
88 Pine Street, 14th Floor
New York, NY 10005
Tel.: (212) 838-7797 Fax: (212) 838-7745
rwheeler@cohenmilstein.com

*Attorneys for Plaintiffs and the Rule 23 Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Michelle C. Yau*
Michelle C. Yau