**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:21-cv-304-CNS-MDB**

ROBERT HARRISON and GRACE HEATH, on behalf of themselves, the ENVISION MANAGEMENT HOLDING, INC. ESOP, and all other similarly situated individuals,

Plaintiffs,

v.

ENVISION MANAGEMENT HOLDING, INC. BOARD OF DIRECTORS, ENVISION MANAGEMENT HOLDING, INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, ARGENT TRUST COMPANY, DARREL CREPS, III, PAUL SHERWOOD, JEFF JONES, NICOLE JONES, AARON RAMSAY, TANWEER KHAN, and LORI SPAHN,

Defendants.

---

**DEFENDANTS' RESPONSE REGARDING PLAINTIFFS' MOTIONS TO RESTRICT ACCESS TO CERTAIN DOCUMENTS UNDER LEVEL 1 RESTRICTED ACCESS**

---

Pursuant to Local Rule 7.2(c), and 10.3 of the Amended Protective Order (D.E. 151), Defendants respectfully submit the following response to Plaintiffs' Motion to Restrict Access to Proposed Findings of Fact and Conclusions of Law and Exhibit A Under Level 1 Restricted Access (D.E. 378) and Plaintiffs' Motion to Restrict Access to Plaintiffs' Trial Brief Under Level 1 Restricted Access (D.E. 380). For reasons presented below, Defendants request that the Court grant Plaintiffs' motions. In support of their request, Defendants state as follows:

1. On September 29, 2026, Plaintiffs filed both: (1) Plaintiffs' Proposed Findings of Fact and Conclusions of Law (D.E. 379); and (2) Plaintiffs' Trial Brief (D.E. 381) (collectively "Plaintiffs' Pretrial Filings").

2. The same day, Plaintiffs filed motions to restrict access under Level 1 restricted access to both of Plaintiffs' Pretrial Filings (D.E. 378, 380).

3. Plaintiffs' Pretrial Filings contain references and quotations to confidential, proprietary, non-public and commercially sensitive information of Defendants and non-parties. Plaintiffs' Proposed Findings of Fact and Conclusions of Law also contain highly personal sensitive financial information of Defendants Creps, Jeff Jones, Nicole Jones, Khan, and Sherwood.

4. For example, Plaintiffs' Pretrial Filings reference and quote (i) multiple valuation analyses of Envision stock that ComStock Advisors (Argent's financial advisor) performed; (ii) nonpublic and sensitive financial information of Envision; (iii) non-public email communications discussing confidential Envision business information; and (iv) expert reports disclosed by Plaintiffs and Defendants in this litigation. Pages 118-125 of Plaintiffs' Proposed Findings of Fact and Conclusions of Law contain lengthy descriptions of Defendants Creps', Jeff Jones', Nicole Jones', Khan's, and Sherwood's financial decisions, including specific amounts of money they received, the bank accounts into which those sums were deposited, the amount of money that flowed in and out of those accounts, and in some cases, how the money was spent. These documents have been designated "Confidential" under the Amended Protective Order and should be restricted for the following reasons.

a. First, the documents referenced and quoted in Plaintiffs' Pretrial Filings are not public and contain confidential and sensitive information related to Envision and ComStock's valuations of Envision stock and individual Defendants' personal financial information.

b. Second, because confidential and sensitive information is contained throughout Plaintiffs' Pretrial Filings, attempting to selectively redact such information would be impracticable, and there is no alternative to restricting public access to the complete documents.

c. Third, public disclosure of the confidential and sensitive information in Plaintiffs' Pretrial Filings would cause serious injury to Envision, including to the company's competitive interests.

WHEREFORE, Defendants respectfully ask the Court to grant Plaintiffs' motions at D.E. 378 and 380, and grant Level 1 restricted access to unredacted copies of Plaintiffs' Proposed Findings of Fact and Conclusions of Law and Plaintiffs' Trial Brief, thereby limiting access to the documents to the parties and the Court.

Respectfully submitted this 7th day of October, 2026.

*<u>/s/ Lars C. Golumbic</u>*
GROOM LAW GROUP, CHARTERED
Lars C. Golumbic
William J. Delany
Andrew D. Salek-Raham
Paul J. Rinefierd
Theodore A. Van Beek
Colleen J. Harrison
1701 Pennsylvania Avenue, NW

Washington, D.C. 20006
Tel: (202) 857-0620
lgolumbic@groom.com
wdelany@groom.com
asalek-raham@groom.com
prinefierd@groom.com
tvanbeek@groom.com
charrison@groom.com

Counsel for Defendant Argent Trust Company

*<u>/s/ Richard J. Pearl</u>*

FAEGRE DRINKER BIDDLE & REATH LLP
Richard J. Pearl
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Tel: (312) 569-1907
rick.pearl@faegredrinker.com

Allison S. Egan
One Logan Square, Suite 2000
Philadelphia, PA 19103
(T) (215) 988-1982
allison.egan@faegredrinker.com

John W. Fogarty
1177 Avenue of the Americas, 43rd Floor
New York, NY 10036
(T) (212) 248-3245
john.fogarty@faegredrinker.com

Molly Nelson-Regan
1500 K Street, Suite 1100
Washington, DC 20005
(T) (202) 230-5257
molly.nelson-regan@faegredrinker.com

MOORE & VAN ALLEN PLLC

Mark A. Nebrig
Kaitlin M. Price
100 North Tryon Street, Suite 4700
Charlotte, NC 28202

(T) (704) 331-1000
marknebrig@mvalaw.com

Counsel for Envision Management Holding, Inc. Board of Directors, Envision Management Holding, Inc. Employee Stock Ownership Plan Committee, Darrel Creps, III, Paul Sherwood, Jeff Jones, Aaron Ramsay, and Tanweer Khan

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of October 2026, a true and correct copy of the foregoing **DEFENDANTS' RESPONSE REGARDING PLAINTIFFS' MOTIONS TO RESTRICT ACCESS TO CERTAIN DOCUMENTS UNDER LEVEL 1 RESTRICTED ACCESS** was served on all counsel of record.

*/s/ Lars C. Golumbic*
Lars C. Golumbic