IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:21-cv-00304-CNS-MDB

ROBERT HARRISON and GRACE HEATH, on behalf of themselves, the ENVISION MANAGEMENT HOLDING, INC. ESOP, and all other similarly situated individuals,

Plaintiffs,

v.

ENVISION MANAGEMENT HOLDING, INC. BOARD OF DIRECTORS,
ENVISION MANAGEMENT HOLDING, INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE,
ARGENT TRUST COMPANY,
DARREL CREPS, III,
PAUL SHERWOOD,
JEFF JONES,
NICOLE JONES,
AARON RAMSAY,
TANWEER KAHN, and
LORI SPAHN,

Defendants.

---

RULINGS ON PARTIES' TRIAL DEPOSITION DESIGNATIONS AND OBJECTIONS

---

The Court has reviewed the parties' emailed submissions of trial deposition designations and objections. The following objections are sustained. If objections are not listed, they are overruled.

**Rimas Grybauskas**

p. 85-86

p. 120, ll. 18-23

p. 122, l. 21 - p. 123, l. 7

p. 124, l. 10-23

p. 127, l. 12 – p. 128, l. 7

p. 139, ll. 10-18

p. 159, ll. 2-13

p. 168, l. 21- p. 169, l. 6

p. 225, l. 11 – p. 226, l. 3

p. 237, l. 11 – p. 238, l. 3

**Robert Hartoin**

p. 103, l. 14 – p. 104, l. 5

p. 121, ll, 15-23

**Alexander Mazza**

p. 34, l. 23 – p. 35, l. 2

p. 52, ll. 3-6

p. 73, l. 14 – p. 74, l. 13

p. 82, ll. 18-21

p. 91, l. 11 – p. 92, l. 17

p. 96, ll. 2-12

p. 100, ll. 1-8

p. 123, ll. 2-14

p. 123, l. 15 – p. 124, l. 5

p. 125, ll. 18-25

p. 126, l. 13 – p.127, l. 23

p. 128, ll. 8-25

p. 131, l. 8 – p. 132, l. 17

p. 135, l. 24 – p. 136, l. 2

p. 145, ll. 9-14

p. 147, l. 23 – p. 148, l. 5

p. 148, ll. 17-23

p. 152, l. 17 – p. 153, l. 13

p. 159, ll. 8-15

p. 162, l. 2 – p. 163, l. 6

p. 164, l. 19 – p. 165, l. 16

p. 172, l. 18 – p. 173, l. 7

p. 173, l. 22 – p. 175, l. 4

p. 177, ll. 6-25

p. 178, l. 14 – p. 179, l. 15

p. 180, l. 6 – p. 182, l. 13

p. 182, l. 15 – p. 183, l. 5

p. 186, l. 8 – p. 187, l. 11

p. 191, l. 21 – p. 192, l. 11

p. 195, l. 12 – p. 196, l. 2

p. 197, l. 21 – p. 198, l. 2

p. 199, ll. 4-9

p. 200, l. 3 – p. 201, l. 4

p. 203, l. 4 – p. 204, l. 11

p. 205, l. 9 – p. 206, l. 1

p. 207, l. 12 – p. 208, l. 9

p. 209, l. 11 – p. 210, l. 25

p. 212, ll. 14-18

p. 213, ll. 7-12

p. 214, ll. 1/20

p. 217, l. 20 – p. 218, l. 1

p. 218, l. 12 – p. 219, l. 12

p. 219, l. 22 – p. 221, l. 7

p. 224, l. 24 – p. 226, l. 20

p. 228, l. 24 – p. 229, l. 14

p. 232, l. 3 – p. 233, l. 18

p. 234, ll. 6-23

p. 237, ll. 9-25

p. 239, ll. 2-8

p. 241, l. 9 – p. 242, l. 5

p. 242, l. 7 – p. 243, l. 1

p. 248, ll. 9-21

p. 249, l. 10 – p. 250, l. 20

p. 252, l. 13 – p. 253, l. 14

p. 255, ll. 1-7

p. 255, l. 24 – p. 256, l. 3

p. 257, l. 25 – p. 258, l. 6

p. 263, ll. 8-20

p. 265, l. 5 – p. 266, l. 9.

p. 266, ll. 11-19

p. 269, ll. 4-9

p. 270, ll. 11-19

p. 276, l. 15 – p. 277, l. 8

p. 277, ll. 9-23

p. 277, l. 24 – p. 279, l. 1

p. 288, ll. 7-18

**Ryan Raschke**

p. 50, ll. 4-10

p. 51, l. 23 – p. 52, l. 5

p. 56, ll. 15-21

p. 76, ll. 8-17

p. 77, l. 20 - p. 78, l. 14

p. 78, l. 21 – p. 79, l. 2

p. 86, l. 23 – p. 87, l. 9

p. 87, l. 16 – p. 89, l. 3

p. 91, ll. 9-17

p. 94, ll. 13-23

p. 103, ll. 18-24

p. 111, ll. 7-10

**Charles Wilhoite I**

p. 55, ll. 5-10

**Charles Wilhoite II**

p. 19, l. 25 – p. 20, l. 15

p. 21, ll. 8-18

p. 24, l. 16 – p. 25, l. 8

p. 38, l. 22 – p. 39, l. 1

Dated this 22nd day of October 2026.

BY THE COURT:

Charlotte N. Sweeney
United States District Judge