**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Charlotte N. Sweeney**

Case No. 1:21-cv-304-CNS-MDB Date: 10/23/2026

Case Title: *Harrison, et al. v. Envision Mgmt. Holding Inc. Bd. of Directors, et al.*

## DEFENDANTS' FINAL WITNESS LIST

| WITNESS & DATE (MAY / WILL) | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|
| Jeff Jones (Will Call, Date TBD) | Direct[1]: 3.0 | Cross: | Total: 3.0 |
| Darrel Creps, III (Will Call, Date TBD) | Direct: 2.0 | Cross: | Total: 2.0 |
| Aaron Ramsay (Will Call, Date TBD) | Direct: 2.0 | Cross: | Total: 2.0 |
| Mark Shorthouse (Will Call, 10/26-28) | Direct: 3.0 | Cross: | Total: 3.0 |
| David Williams (Will Call, 10/28-30) | Direct: 1.5 | Cross: | Total: 1.5 |
| John O'Brien (Will Call, 10/28-30) | Direct: 2.0 | Cross: | Total: 2.0 |
| Dr. Tanweer Khan (Will Call, Date TBD) | Direct: 0.5 | Cross: | Total: 0.5 |
| Nicole Jones (Will Call, Date TBD) | Direct: 0.25 | Cross: | Total: 0.25 |
| Lee Vogel (May Call, Date TBD) | Direct: 0.75 | Cross: | Total: 0.75 |
| Robert Harrison (Will Call, Date TBD) | Direct: 0.5 | Cross: | Total: 0.5 |
| Grace Heath (Will Call, Date TBD) | Direct: 0.5 | Cross: | Total: 0.5 |
| Marc Brown (Cross Only, Date TBD) | Direct: | Cross: 3.0 | Total: 3.0 |
| Alberto Tarajano (Will Call, Date TBD) | Direct: 2.5 | Cross: | Total: 2.5 |
| Lee Bloom (Will Call, Date TBD) | Direct: 2.5 | Cross: | Total: 2.5 |
| Samuel Halpern (Cross Only, Date TBD) | Direct: | Cross: 2.0 | Total: 2.0 |
| Nicholas Janiga (Will Call, Date TBD) | Direct: 3.5 | Cross: | Total: 3.5 |
| Gregory Dotson (Cross Only, Date TBD) | Direct: | Cross: 0.5 | Total: 0.5 |
| Rimas Grybauskas (Deposition Designation) | Direct: N/A | Cross: N/A | Total: N/A |

[1] Estimates for direct examinations also include any re-direct examination.

| | | | | | | |
|---|---|---|---|---|---|---|
| Robert Hartoin (Deposition Designation) | Direct: | N/A | Cross: | N/A | Total: | N/A |
| Alex Mazza (Deposition Designation) | Direct: | N/A | Cross: | N/A | Total: | N/A |
| Ryan Raschke (Deposition Designation) | Direct: | N/A | Cross: | N/A | Total: | N/A |
| Charles Wilhoite (Deposition Designation) | Direct: | N/A | Cross: | N/A | Total: | N/A |

*/s/ Lars C. Golumbic*
GROOM LAW GROUP, CHARTERED
Lars C. Golumbic
William J. Delany
Andrew D. Salek-Raham
Paul J. Rinefierd
Theodore A. Van Beek
Colleen J. Harrison
1701 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 857-0620
lgolumbic@groom.com
wdelany@groom.com
asalek-raham@groom.com
prinefierd@groom.com
tvanbeek@groom.com
charrison@groom.com

Counsel for Defendant Argent Trust Company

*/s/ Richard J. Pearl*
FAEGRE DRINKER BIDDLE & REATH LLP
Richard J. Pearl
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Tel: (312) 569-1907
rick.pearl@faegredrinker.com

Allison S. Egan
One Logan Square, Suite 2000
Philadelphia, PA 19103
(T) (215) 988-1982
allison.egan@faegredrinker.com

John W. Fogarty

1177 Avenue of the Americas, 43rd Floor
New York, NY 10036
(T) (212) 248-3245
john.fogarty@faegredrinker.com

Molly Nelson-Regan
1500 K Street, Suite 1100
Washington, DC 20005
(T) (202) 230-5257
molly.nelson-regan@faegredrinker.com

MOORE & VAN ALLEN PLLC

Mark A. Nebrig
Kaitlin M. Price
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(T) (704) 331-1000
marknebrig@mvalaw.com

Counsel for Envision Management Holding, Inc. Board of Directors, Envision Management Holding, Inc. Employee Stock Ownership Plan Committee, Darrel Creps, III, Paul Sherwood, Jeff Jones, Aaron Ramsay, and Tanweer Khan

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd day of October, 2026, a true and correct copy of the foregoing **DEFENDANTS' FINAL WITNESS LIST** was served on all counsel of record.

*/s/ Lars C. Golumbic*
Lars C. Golumbic