**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Charlotte N. Sweeney**

Case No. 21-cv-00304-CNS-MDB Date October 23, 2026

Case Title *Harrison v. Envision Mgmt. Holding, Inc. Bd. of Dirs.*

# PLAINTIFFS' FINAL WITNESS LIST

| WITNESS & DATE (MAY / WILL) | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|
| Robert Harrison (Will); Oct. 26-Oct. 28, 2026 | Direct: 0.25 hr | Cross: | Total: 0.25 hr |
| Grace Heath (Will); Oct. 26-Oct. 28, 2026 | Direct: 0.25 hr | Cross: | Total: 0.25 hr |
| Aaron Ramsay (Will); Oct. 26-Oct. 28, 2026 | Direct: 3.0 hrs[1] | Cross: | Total: 3.0 hrs |
| Darrel Creps (Will); Oct. 26-Oct. 28, 2026; Nov. 2, 2026 | Direct: 1.5 hrs | Cross: | Total: 1.5 hrs |
| Mark Shorthouse (Will); Oct. 26-Oct. 28, 2026 | Direct: 1.5 hrs | Cross: | Total: 1.5 hrs |
| David Williams (Will); Oct. 28-Oct. 30, 2026 | Direct: 2.0 hrs | Cross: | Total: 2.0 hrs |
| John O'Brien (Will); Oct. 28-Oct. 30, 2026 | Direct: 2.5 hrs | Cross: | Total: 2.5 hrs |
| Marc Brown (Will); Oct. 29-Oct. 30, 2026 | Direct: 4.5 hrs | Cross: | Total: 4.5 hrs |
| Tanweer Khan (Will); Oct. 29-Nov. 2, 2026 | Direct: 0.5 hr | Cross: | Total: 0.5 hr |
| Nicole Jones (Will); Oct. 29-Nov. 2, 2026 | Direct: 0.25 hr | Cross: | Total: 0.25 hr |
| Jeff Jones (Will); Oct. 29-Nov. 2, 2026 | Direct: 2.0 hrs | Cross: | Total: 2.0 hrs |
| Sponsoring Witness of Summary Exhibit (Will); Oct. 26-Oct. 30, 2026 | Direct: 0.15 hr | Cross: | Total: 0.15 hr |
| Alberto Tarajano (Cross Only) | Direct: | Cross: 1.5 hrs | Total: 1.5 hrs |

[1] Plaintiffs are calling Aaron Ramsay, Darrel Creps, Mark Shorthouse, David Williams, John O'Brien, Tanweer Khan, Nicole Jones, and Jeff Jones as adverse witnesses. The time provided under "direct" includes Plaintiffs' time for both adverse direct and cross examination of those witnesses.

| | | | | | | |
|---|---|---|---|---|---|---|
| Lee Bloom (Cross Only) | Direct: | | Cross: | 3.0 hrs | Total: | 3.0 hrs |
| Samuel Halpern (Will); Nov. 4-5, 2026 | Direct: | 3.5 hrs | Cross: | | Total: | 3.5 hrs |
| Nicholas Janiga (Cross Only) | Direct: | | Cross: | 2.5 hrs | Total: | 2.5 hrs |
| Gregory Dotson (Will); Nov. 6, 2026 | Direct: | 1.0 hr | Cross: | | Total: | 1.0 hr |
| Alex Mazza (Deposition Designation) | Direct: | | Cross: | | Total: | |
| Rimas Grybauskas (Deposition Designation) | Direct: | | Cross: | | Total: | |
| Robert Hartoin (Deposition Designation) | Direct: | | Cross: | | Total: | |
| Ryan Rashke (Deposition Designation) | Direct: | | Cross: | | Total: | |
| Charles Wilhoite (Deposition Designation) | Direct: | | Cross: | | Total: | |
| George Thacker (Two Affidavits) | Direct: | | Cross: | | Total: | |

Dated: October 23, 2026

Respectfully submitted,

*/s/ Michelle C. Yau*

Michelle C. Yau
Daniel R. Sutter
Caroline E. Bressman
Elizabeth M. McDermott
**COHEN MILSTEIN SELLERS & TOLL LLP**
1100 New York Ave. NW
Suite 800
Washington, DC 20005
(202) 408-4600
myau@cohenmilstein.com
dsutter@cohenmilstein.com
cbressman@cohenmilstein.com
emcdermott@cohenmilstein.com

Ryan A. Wheeler
199 Water Street, 21st Floor
New York, NY 1038
Tel.: (212) 838-7797 Fax: (212) 838-7745
rwheeler@cohenmilstein.com

*Attorneys for Plaintiffs and the Rule 23 Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of October, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Michelle C. Yau*
Michelle C. Yau