**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:21-cv-304-CNS-MDB**

ROBERT HARRISON and GRACE HEATH, on behalf of themselves, the ENVISION MANAGEMENT HOLDING, INC. ESOP, and all other similarly situated individuals,

Plaintiffs,

v.

ENVISION MANAGEMENT HOLDING, INC. BOARD OF DIRECTORS, ENVISION MANAGEMENT HOLDING, INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, ARGENT TRUST COMPANY, DARREL CREPS, III, PAUL SHERWOOD, JEFF JONES, NICOLE JONES, AARON RAMSAY, TANWEER KHAN, and LORI SPAHN,

Defendants.

---

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR A STAY PURSUANT TO LOCAL CIVIL RULE 40.2(b)**

Pursuant to D.C. Colo. LCivR 40.2(b), Plaintiffs and Defendants (collectively the "Parties"), by their undersigned counsel, respectfully notify the Court that the Parties have reached an agreement in principle to settle the above-captioned matter on a class basis. The Parties have agreed to the material terms in a final signed term sheet, and are in the process of preparing the settlement agreement and preliminary approval papers.

The Parties have agreed to execute a final settlement agreement by November 20, 2026. The Parties request that the Court set a deadline of Friday, December 4, 2026, to file the preliminary approval motion. Further, in light of the settlement, the Parties

request that the Court adjourn the trial scheduled to begin on October 26, 2026, and stay all deadlines in this matter pending preliminary approval of the settlement.

DATED: October 23, 2026

*/s/ Michelle C. Yau*
COHEN MILSTEN SELLERS & TOLL LLP

Michelle C. Yau
Daniel R. Sutter
Caroline E. Bressman
Elizabeth M. McDermott
1100 New York Avenue N.W., Suite 800
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
myau@cohenmilstein.com
dsutter@cohenmilstein.com
cbressman@cohenmilstein.com
emcdermott@cohenmilstein.com

Ryan Wheeler
199 Water Street, 21st Floor
New York, NY 10038
Tel.: (212) 838-7797
Fax: (212) 838-7745
rwheeler@cohenmilstein.com

*Counsel for Plaintiffs and the Rule 23 Class*

*/s/ Richard J. Pearl*
FAEGRE DRINKER BIDDLE & REATH LLP
Richard J. Pearl
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Tel: (312) 569-1907
rick.pearl@faegredrinker.com

Allison S. Egan
One Logan Square, Suite 2000
Philadelphia, PA 19103
(T) (215) 988-1982
allison.egan@faegredrinker.com

John W. Fogarty
1177 Avenue of the Americas, 43rd Floor
New York, NY 10036
(T) (212) 248-3245
john.fogarty@faegredrinker.com

Molly Nelson-Regan
1500 K Street, Suite 1100
Washington, DC 20005
(T) (202) 230-5257
molly.nelson-regan@faegredrinker.com

MOORE & VAN ALLEN PLLC

Mark A. Nebrig
Kaitlin M. Price
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(T) (704) 331-1000
marknebrig@mvalaw.com

*Counsel for Envision Management Holding, Inc. Board of Directors, Envision Management Holding, Inc. Employee Stock Ownership Plan Committee, Darrel Creps, III, Paul Sherwood, Jeff Jones, Aaron Ramsay, and Tanweer Khan*

*/s/ Lars C. Golumbic*
GROOM LAW GROUP, CHARTERED
Lars C. Golumbic
William J. Delany
Andrew D. Salek-Raham
Paul J. Rinefierd
Theodore A. Van Beek
Colleen J. Harrison
1701 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 857-0620

lgolumbic@groom.com
wdelany@groom.com
asalek-raham@groom.com
prinefierd@groom.com
tvanbeek@groom.com
charrison@groom.com

*Counsel for Defendant Argent Trust Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 23, 2026, a true and correct copy of the foregoing was served on all counsel of record.

*/s/ Lars C. Golumbic*
Lars C. Golumbic